UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH KAY UNVERSAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01040-RLY-TAB |
| | ) |
| MORTGAGE SOLUTIONS OF COLORADO, | ) |
| LLC D/B/A MORTGAGE SOLUTIONS | ) |
| FINANCIAL, | ) |
| INDIANA UNIVERSITY CREDIT UNION, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter between Plaintiff, Deborah Kay Unversaw and Defendant, Indiana University Credit Union ONLY. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated between Plaintiff, Deborah Kay Unversaw and Defendant, Indiana University Credit Union ONLY. Parties shall file a stipulation of dismissal within 60 days.

SO ORDERED.

Date: 3/22/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.