UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEBORAH KAY UNVERSAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-01040-RLY-TAB |
| | ) | |
| MORTGAGE SOLUTIONS OF COLORADO, LLC D/B/A MORTGAGE SOLUTIONS FINANCIAL, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court has been advised by counsel that a settlement has been reached in this matter. Accordingly, any pending motions are denied, without prejudice, as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 60 days.

SO ORDERED.

Date: 4/22/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email