UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBORAH KAY UNVERSAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01040-RLY-TAB |
| | ) |
| MORTGAGE SOLUTIONS OF | ) |
| COLORADO, LLC d/b/a MORTGAGE | ) |
| SOLUTIONS FINANCIAL, | ) |
| | ) |
| Defendant. | ) |

**ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of the last remaining defendant, Mortgage Solutions of Colorado, LLC d/b/a Mortgage Solutions Financial, from this action with prejudice.[1]  Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal." *Jenkins v. Village of Maywood*, 506 F.3d 622, 623 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the

---

[1] Defendants TransUnion LLC, Equifax Information Services LLC, and Indiana University Credit Union were previously dismissed from this case.  (*See* Filing Nos. 48, 52, 64).  Rule 41(a)(1)(A)(ii) does not require the signature of previously dismissed parties for an effective stipulation of dismissal.  *See Raheem v. Cap. One Auto Fin., Inc.*, No. 1:23-cv-00823-RLY-CSW (S.D. Ind. Apr. 1, 2024) (Young, J.).

1

case all by itself."). The court acknowledges this case is now closed.

**IT IS SO ORDERED** this 24th day of June 2024.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.